# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 21-54734-JWC |
| | ) |
| THE MOTORCAR COLLECTION LLC, | ) |
| | ) |
| Debtor. | ) |

## TRUSTEE'S NOTICE TO CLERK NOT TO DISMISS CASE

The meeting of creditors in this bankruptcy case is scheduled to occur on July 22, 2021, under 11 U.S.C. § 341(a).  Trustee has identified and is investigating, substantial non-exempt assets.  As such, Trustee requests that this case NOT BE DISMISSED due to any deficiency.

/s/ *Neil C. Gordon*

TRUSTEE'S ADDRESS:
Arnall Golden Gregory LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Neil.Gordon@agg.com/(404) 873-8596

NEIL C. GORDON
State Bar No. 302387

15048037v1