## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE**: | } | CASE NUMBER 21-54734-jwc |
| | } | |
| The Motorcar Collection, LLC | } | CHAPTER 7 |
| | } | |
| **DEBTOR(S)** | } | |

### AMENDMENT TO CHAPTER 7 PETITION AND SCHEDULES

COMES NOW DEBTOR amends Schedule F, as per attached respectively, to accurately disclose the Debtor's unsecured creditors.

WHEREFORE, Debtor prays that this Amendment be allowed, and for such other and further relief as the Court deems appropriate and just.

Respectfully submitted,

Dated: Monday, January 24, 2022

Saedi Law Group, LLC

_____/s/_____

Lorena L. Saedi 622072, Attorney for Debtor
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE**: | } | CASE NUMBER 21-54734-jwc |
| | } | |
| The Motorcar Collection, LLC | } | CHAPTER 7 |
| | } | |
| **DEBTOR(S)** | } | |

## DECLARATION UNDER PENALTY OF PERJURY

<u>I (We) declare under penalty of perjury that the foregoing is true and correct to the best of my (our) knowledge, information and belief.</u>

Dated:  Monday, January 24, 2022

_____/s/_____
 Austin Howard on behalf of The
Motorcar Collection, LLC

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C.  §152 and §3571.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **The Motorcar Collection LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | 21-54734-jwc |

☐ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     |     | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Georgia Department of Labor**<br>**P.O. Box 38486**<br>**Atlanta, GA 30334** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|     | Date or dates debt was incurred | Basis for the claim:<br>**Notice** | | |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Georgia Department of Revenue**<br>**ATTN: Bankruptcy Department**<br>**1800 Century Blvd., N.E.**<br>**Atlanta, GA 30345** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|     | Date or dates debt was incurred | Basis for the claim:<br>**Notice** | | |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **The Motorcar Collection LLC** | Case number (if known) | **21-54734-jwc** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**ATTN: Bankruptcy Unit**<br>**Stop 335-D, PO Box 995**<br>**Atlanta, GA 30370** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**CHRIS M. CARLOS**<br>**AS TRUSTEE FOR THE CARLOS TRUST**<br>**c/o DARRELL PAYNE, and JENEA M. REED**<br>**150 West Flagler Street, Suite 2200**<br>**Miami, FL 33130** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **Notice** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Lingfei Hua**<br>**4326 Tacoma Trace**<br>**Suwanee, GA 30024** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $170,892.00 |
|---|---|---|---|
| | Date(s) debt was incurred **10/2019** | Basis for the claim: **In house credit owed** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>**Ryan Howard**<br>**1191 Conway Drive NW**<br>**Atlanta, GA 30327** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $271,425.00 |
|---|---|---|---|
| | Date(s) debt was incurred **8/2019** | Basis for the claim: **In house credit owed** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>**Small Business Loan**<br>**PO Box 2864**<br>**CT2515BB12**<br>**Hartford, CT 06101** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $87,500.00 |
|---|---|---|---|
| | Date(s) debt was incurred **7/2020** | Basis for the claim: **Loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor **The Motorcar Collection LLC**  Case number (if known) **21-54734-jwc**
Name

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---:|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 529,817.00 |
| 5c. Total of Parts 1 and 2<br>   Lines 5a + 5b = 5c. | 5c. | $ | 529,817.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE**: | } | CASE NUMBER 21-54734-jwc |
| | } | |
| The Motorcar Collection, LLC | } | CHAPTER 7 |
| | } | |
| **DEBTOR(S)** | } | |

**CERTIFICATE OF SERVICE**

The undersigned hereby swears or affirms that a copy of the foregoing pleading has been mailed to the following with sufficient postage affixed thereto to ensure delivery by first-class United States mail or by electronic means pursuant to Fed. R. Civ. P.(b)(2)(D) and Fed. R. Bankr. P. 9022:

Neil Gordon
Chapter 7 Trustee
171 17th Street #2100
Atlanta, GA 30363

The Motorcar Collection, LLC
c/o Austin Howard
4420 Roswell Road
Atlanta, GA 30342

Dated:  Monday, January 24, 2022

Saedi Law Group, LLC
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com

<u>Supplemental Matrix</u>

CHRIS M. CARLOS
AS TRUSTEE FOR THE CARLOS TRUST
c/o DARRELL PAYNE, and JENEA M. REED
150 West Flagler Street, Suite 2200
Miami, FL 33130